**Jerry McCLAIN, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 58794.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 11, 1991.

Marcie W. Bower, Columbia, for movant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant, Jerry McClain, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would serve no prece-

dential value. The judgment is affirmed in accordance with Rule 84.16(b).